KEIHL v. CHIZUM.

Taxation: EQUALIZATION: RAISING ASSESSMENT: WHAT IS NOT. *Jackson v. Chizum, ante,* p. 209, *followed.*

*Appeal from Cass District Court.*—HON. C. F. LOOFBOUROW, Judge.

FILED, JUNE 7, 1889.

ACTION to enjoin the collection of certain taxes. Judgment for defendant, and the plaintiff appeals.

*R. G. Phelps,* for appellant.

*John W. Scott,* for appellee.

GRANGER, J.—The facts in this case, except as to the amount of taxes, are the same as in the case of *Jackson v. Chizum, ante,* p. 209, and the causes were submitted on the same arguments. As the rules of law announced in that case must govern in this, the judgment below will be                AFFIRMED.